Gordon
Plaintiff
v.
Scarborough
et al.
Defendants

U.S. District Court
District Of Delaware
C.A. No. 10-829-LPS

## Motion To Voluntarily Dismiss Complaint

After having a chance to review case law the plaintiff hereby respectfully asks this court to allow him to voluntarily dismiss the above titled action. In support of this motion plaintiff states:

1) Even though plaintiff felt to shoot him over 100 times was cruel and unusual punishment after reviewing similar cases the plaintiff believes that the Court will find that he had the clip to the gun so to speak since if he would of came down when ordered he would not have been shot as many times as he was.

2) The plaintiff feels as though the court will find that the pepperball gun was the least restrictive means of stopping the plaintiff's non-violent protest of hanging from a hammock tied to the rec' yard fence since any other means would have jeopardized the safety of either staff or the plaintiff more so than pepper ball bullets would have since the defendants would of had to stop plaintiff from protesting even if it was non-violent and they could not allow him to hang 20 feet from a fence or remain outside of his cell during count.

FILED NOV 7 2011 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Wherefore, Plaintiff respectfully asks this Court to please allow him to voluntarily dismiss this case without prejudice.

Respectfully,

Dated: 11-4-11

Thomas Gordon

Thomas Gordon
SBI# 455684
1181 Paddock Road
Smyrna, De 19977

I/M Thomas Gordon
SBI# 455684 UNIT 17 D-04
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

U.S. District Court Clerk
844 N. King Street
Lock Box 18
Wilmington, DE 19801

19E013E519

02 1M
00004280518
MAILED FROM ZIPCODE 19977
$ 00.44⁰
NOV 05 2011
PITNEY BOWES
UNITED STATES POSTAGE

THIS LETTER WAS SENT BY AN INMATE WHO IS IN STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED, OR FOR THE CONTENTS OF THE LETTER.